IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES PEEPLES**                                                                                   **PLAINTIFF**

**VS.**                                        **4:24-CV-00027-BRW**

**ARKANSAS OFFICE OF CHILD**
**SUPPORT ENFORCEMENT,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is DISMISSED.

IT IS SO ORDERED this 5th day of March, 2024.

                                             Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE